# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| RAMIRO RIVAS,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner Social Security,<br><br>        Defendant(s). | No.  CV 07-7074-VBF (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation.  The Court agrees with the recommendation of the magistrate judge.

      IT IS ORDERED that Judgment be entered reversing the decision of the Commissioner and remanding for further proceedings to continue the sequential analysis beyond Step Two for the time period after July 27, 2001.

DATED: June 1, 2009

                                                                  */s/ Valerie Baker Fairbank*<br>
                                                    VALERIE BAKER FAIRBANK<br>
                                                    UNITED STATES DISTRICT JUDGE