UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAMIRO RIVAS, | CASE NO. CV 07-7074-VBF (AGR) |
| Plaintiff, | JUDGMENT |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered reversing the decision of the Commissioner and remanding for further proceedings to continue the sequential analysis beyond Step Two for the time period after July 27, 2001.

DATED: June 6, 2009

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES MAGISTRATE JUDGE