TOM M. SIEGEL (Bar No. 75038)
Attorney at Law
4311 Wilshire Blvd., Suite 612
Los Angeles, CA. 90010
Telephone: (323) 936-8291
Fax: (323) 933-0988
E-Mail: tomsiegelesq@sbcglobal.net

Attorney for Plaintiff
RAMIRO RIVAS,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAMIRO RIVAS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | CIVIL NO. 07-7074-VBF (AGR)<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412 (d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's Assignee, shall be awarded attorney fees under the EAJA in the amount of $3,700.00 dollars, as authorized by 28 U.SC. § 2412 (d), subject to the terms of the above-referenced Stipulation.

Dated: 8-24-10

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE